**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00453-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

MATTHEW J. FRANZEN,

    Plaintiff,

v.

JUDGE ERIN ELY-FERNANDEZ,
DISTRICT JUDGE GAIL NICHOLS,
THE NINTH JUDICIAL DISTRICT,
HEAD JUDGE JAMES BOYD, including the advisors, supervisors, trainers, Judges,
    clerks, and staff as individuals and in their official capacity,
THE DISTRICT ATTORNEY'S OFFICE,
HEAD DISTRICT ATTORNEY SHERRY A. CAOLOIA,
JASON SLOTHOUBER,
RICHARD NEDLAND,
ARNOLD MORDKIN,
GAIL NICHOLS, their supervisors, advisors, trainers, and staff in their official capacity
    and as individuals,
ASPEN POLICE DEPARTMENT,
CHIEF OF POLICE RICHARD PRIOR,
ASSISTANT POLICE CHIEF LINDA CONSAGRA, their advisors, supervisors, trainers,
    and staff,
ASPEN SHERIFF DEPARTMENT,
HEAD SHERIFF JOE DiSALVO, his supervisors, advisors, trainers, and staff,
CORRECTIONS DEPUTY DON BIRD, supervisors, advisors, trainers, and staff,
CARBONDALE POLICE DEPARTMENT,
POLICE CHIEF GENE SCHILLING, including staff, contractors, trainers, and advisors,
COLORADO BUREA OF INVESTIGATION DIRECTOR MICHAEL RANKIN, including
    staff, advisors, contractors all in their official capacity and as individuals,
THE CYNTHIA AND GEORGE MITCHELL FOUNDATION, their board of directors,
    contractors, participating family members, staff advisors, partners,
SHERIDAN MITCHELL,
PAMELA MITCHELL-MAGUIRE,
ATTORNEY MICHAEL MAGUIRE, his staff, investigators, contractors, partners,
    advisors,
MEGAN MAGUIRE,
ATTORNEY CHIP McCRORY, his partners, contractors, staff, advisors,
THE LAW FIRM H. LAWSON WILLS, ESQUIRE,

BROWN & WILLIS, LLP, partners, advisors, contractors, and staff,
THE LAW FIRM OF GARFIELD AND HECHT,
PARTNERS ROBERT E. KENDIG, advisors, contractors and staff,
THE LAW FIRM OF ROBERT HINDS,
HINDS AND HINDS FAMILY LAW P.C., including their partners, advisors, contractors, and staff,
DR. JEAN LaCROSSE, her advisors, contractors, partners, staff,
KURTIS SPARROW, and
KRISTEN CARROLL,

   Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

   Plaintiff has filed *pro se* a pleading (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3).   As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the documents are deficient as described in this order.   Plaintiff will be directed to cure the following if he wishes to pursue his claims in this action.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ____ is not submitted
(2) ____ is missing affidavit
(3) ____ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ____ is missing certificate showing current balance in prison account
(5) ____ is missing required financial information
(6) ____ is missing authorization to calculate and disburse filing fee payments
(7) ____ is missing an original signature
(8) ____ is not on proper form
(9) ____ names in caption do not match names in caption of complaint, petition or habeas application
(10) ____ other: _____.

**Complaint, Petition or Application**:
(11) ____ is not submitted
(12) xx  is not on proper form
(13) xx  is missing an original signature by the prisoner

(14) \_\_\_   is missing page nos. \_\_\_\_
(15) \_\_\_   uses et al. instead of listing all parties in caption
(16) \_\_\_   names in caption do not match names in text
(17) \_\_\_   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) xx   other: Plaintiff fails to provide a clear statement of who is being sued and what claims are being asserted against each Defendant.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Complaint form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED February 25, 2016, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge