**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00453-GPG

MATTHEW J. FRANZEN,

    Plaintiff,

v.

JUDGE ERIN ELY-FERNANDEZ,
DISTRICT JUDGE GAIL NICHOLS,
THE NINTH JUDICIAL DISTRICT,
HEAD JUDGE JAMES BOYD, including the advisors, supervisors, trainers, Judges,
    clerks, and staff as individuals and in their official capacity,
THE DISTRICT ATTORNEY'S OFFICE,
HEAD DISTRICT ATTORNEY SHERRY A. CAOLOIA,
JASON SLOTHOUBER,
RICHARD NEDLAND,
ARNOLD MORDKIN,
GAIL NICHOLS, their supervisors, advisors, trainers, and staff in their official capacity
    and as individuals,
ASPEN POLICE DEPARTMENT,
CHIEF OF POLICE RICHARD PRIOR,
ASSISTANT POLICE CHIEF LINDA CONSAGRA, their advisors, supervisors, trainers,
    and staff,
ASPEN SHERIFF DEPARTMENT,
HEAD SHERIFF JOE DiSALVO, his supervisors, advisors, trainers, and staff,
CORRECTIONS DEPUTY DON BIRD, supervisors, advisors, trainers, and staff,
CARBONDALE POLICE DEPARTMENT,
POLICE CHIEF GENE SCHILLING, including staff, contractors, trainers, and advisors,
COLORADO BUREA OF INVESTIGATION DIRECTOR MICHAEL RANKIN, including
    staff, advisors, contractors all in their official capacity and as individuals,
THE CYNTHIA AND GEORGE MITCHELL FOUNDATION, their board of directors,
    contractors, participating family members, staff advisors, partners,
SHERIDAN MITCHELL,
PAMELA MITCHELL-MAGUIRE,
ATTORNEY MICHAEL MAGUIRE, his staff, investigators, contractors, partners,
    advisors,
MEGAN MAGUIRE,
ATTORNEY CHIP McCRORY, his partners, contractors, staff, advisors,
THE LAW FIRM H. LAWSON WILLS, ESQUIRE,
BROWN & WILLIS, LLP, partners, advisors, contractors, and staff,
THE LAW FIRM OF GARFIELD AND HECHT,
PARTNERS ROBERT E. KENDIG, advisors, contractors and staff,
THE LAW FIRM OF ROBERT HINDS,
HINDS AND HINDS FAMILY LAW P.C., including their partners, advisors, contractors,

     and staff,
DR. JEAN LaCROSSE, her advisors, contractors, partners, staff,
KURTIS SPARROW, and
KRISTEN CARROLL,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

     This matter is before the court on the Motion to Clarify No Response to the Plaintiff's Complaint Need Yet Be Filed From the District Attorney Defendants (ECF No. 5) filed March 15, 2016, by Defendants The District Attorney's Office, Sherry A. Caloia, Jason Slothouber, Richard Nedland, Arnold Mordkin, and Gail Nichols.   The motion is GRANTED and Defendants are advised that no response is required at this time.

Dated:   March 16, 2016